UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                    Case No. 8:03-cr-52-T-26TGW

BECKY INGHAM
_____/

## ORDER CONTINUING DEFENDANT ON SUPERVISED RELEASE

THIS CAUSE is before the Court on this 15th day of February, 2008, on a Petition to Revoke Supervised Release. The Defendant, Becky Ingham, appeared with Counsel, Assistant Federal Public Defender Mary Mills, and Jay Trezevant, AUSA, appeared for the United States of America.

At the hearing, the defendant voluntarily admitted the allegations in the Petition for Revocation of Supervised Release. Based on the defendant's admission to the allegations in the Petition for Revocation of Supervised Release, the Court finds that defendant has violated the terms of the Order of Supervised Release entered on November 14, 2003.

It is, therefore, **ORDERED AND ADJUDGED**:

1. The Order of Supervised Release entered herein is    **REVOKED** as to the above named defendant and the defendant is placed on a period of supervised release for a period of TWENTY-FOUR (24) MONTHS with the following additional conditions:

    a. The defendant, **Becky Ingham**, is currently serving a sentence of one year in Pinellas County with the condition of participating in a program called "Project Success". If the Defendant is successful in completing this program while incarcerated, this Court will terminate supervised release when released from her jail term. If the defendant does not

complete this program, the defendant will remain on supervised release for the full twenty-four months.

2. All other conditions of Supervised Release shall remain under the same terms and conditions.

DONE AND ORDERED at Tampa, Florida this ___21___ day of February, 2008.

RICHARD A. LAZZARA
UNITED STATES DISTRICT JUDGE

Copies:
-U.S. Attorney's Office
-Defense Counsel
-U.S. Marshal
-U.S. Probation